IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY NATHANIEL NICHOLAS,  )  <br>     Plaintiff,                             ) <br>                                              ) <br> v.                                           ) <br>                                              ) <br> BARRY KANODE, et al.,              ) <br>     Defendants.                         ) | Civil Action No. 7:07-cv-00576 <br><br> **FINAL ORDER** <br><br> By: Hon. Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER:** This 13th day of December, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge