CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC 13 2007
JOHN F. CORCORAN, CLERK
BY: /s/ M. Hu[?]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY NATHANIEL NICHOLAS, ) | |
| Plaintiff, ) | Civil Action No. 7:07-cv-00576 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| BARRY KANODE, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1); any pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This 13th day of December, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge